DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Brown, Johnna Lynn

Case No. 07-00584-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $46.19, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 12 | Collection Company of America<br>PO Box 9001<br>Minneapolis, MN 55345 | $46.19 |

Dated: November 02, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875267      11-8-10      $46.19