DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

Brown, Johnna Lynn

Case No. 07-00584-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $15.16, BEING MONIES WHICH ARE
UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 12 | Collection Company of America<br>PO Box 9001<br>Minneapolis, MN 55345 | $15.16 |

Dated: December 08, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee